IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02764-BNB

MARIA DELIA GONZALEZ DE ZAVALA,
HORTENCIA VALERIO,
RAQUEL RIVERA GARCIA,
MARIA CRISTINA HERNANDEZ,
CELIA CISNEROS,
NORMA CASTRO,
JACINTO RUIZ, and
SALVADOR ALVEAR,
    Plaintiffs,

v.

COLOR STAR GROWERS OF COLORADO, INC., a Colorado Corporation,
    Defendant.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 7, 2009, at Denver, Colorado.

                            BY THE COURT:

                            s/ Boyd N. Boland
                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02764-BNB

Jennifer J. Lee
Attorney at Law
**DELIVERED ELECTRONICALLY**

Jenifer C. Rodriguez
Attorney at Law
**DELIVERED ELECTRONICALLY**

  I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/7/09

               GREGORY C. LANGHAM, CLERK


               By:  s/Andrea
                  Deputy Clerk